**EXHIBIT A**

# LAW OFFICE OF DAVID W. GHISALBERT

**David W. Ghisalbert**
5907 Bonita Creek
Missouri City, Texas 77459

patientbilling@genesisdx.com
(267) 212-2000 [telephone]

*Member of the Bar,
Texas and Pennsylvania*

---

October 10, 2021

BLUE CROSS BLUE SHIELD OF ARIZONA
Claims Receipt Centre
PO BOX 2924
PHOENIX, AZ 85062-2924

VIA CERTIFIED FIRST-CLASS MAIL
RETURN RECEIPT REQUESTED

Re:   Notice of Default and Demand for Payment of All Past Due Amounts Owed to Abira Medical Laboratories, LLC d//a Genesis Diagnostics.

Dear Madam or Sir:

This law office is counsel to Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics ("Genesis") with respect to its ongoing efforts to collect payment for laboratory testing services previously rendered to a significant number of your members, for which payment remains outstanding. This correspondence was prompted by the continuing unlawful and long-standing refusal on the parts of BLUE CROSS BLUE SHIELD OF ARIZONA (referred to hereinafter as "BLUE CROSS BLUE SHIELD OF ARIZONA") to properly pay Genesis substantial amounts for laboratory testing services Genesis rendered to BLUE CROSS BLUE SHIELD OF ARIZONA subscribers over an extended period, despite Genesis having properly submitted claims to BLUE CROSS BLUE SHIELD OF ARIZONA, and, when necessary and requested, subsequent documentation related to the same (the "Unpaid Claims"). For your convenience, a list of the Unpaid Claims is annexed hereto as Exhibit A.[1]

As you are aware, pursuant to applicable law, Genesis was, among other things, entitled to have its claims for laboratory services rendered, processed, and paid promptly. Instead, for demonstrably spurious reasons, BLUE CROSS BLUE SHIELD OF ARIZONA regularly refused to pay and/or underpaid claims properly submitted by Genesis – *including without limitation, claims for COVID-19 testing Genesis performed for* BLUE CROSS BLUE SHIELD OF ARIZONA *enrolees during the pandemic* – or simply failed to respond in any way to claims properly submitted by Genesis, all in violation of applicable state and federal law. Demand is being made upon BLUE CROSS BLUE SHIELD OF ARIZONA to make immediate payment for those laboratory services.

While Genesis would prefer an amicable and expeditious resolution of this matter, Genesis is prepared, to immediately commence formal proceedings against BLUE CROSS BLUE SHIELD OF ARIZONA to enforce all of its rights and remedies if payment is not forthcoming. Accordingly, we request that you promptly contact

---

[1] Genesis is presently reviewing its records and reserves the right to amend Exhibit A as necessary.

us so that we may determine if you intend to fulfil your legal obligation by making payment of the substantial amounts now due and owing. Please be advised, however, that should we fail to hear from you before the expiration of ten (10) business days after receipt of this correspondence, we shall assume BLUE CROSS BLUE SHIELD OF ARIZONA has no interest in amicably resolving this matter and we shall pursue all available legal remedies, including, but not limited to, the institution of suit or arbitration to collect all funds owed together with all reasonable and necessary attorney's fees, costs of collection, and all other remedies available under law.

In the interim, please be reminded that BLUE CROSS BLUE SHIELD OF ARIZONA, together with its agents, employees, representatives, assigns, etc., have a legal duty to *preserve all documents, data, and tangible things* that relate to any of the matters set forth in this letter, or which could otherwise reasonably be anticipated to be subject to discovery. As you likely know, BLUE CROSS BLUE SHIELD OF ARIZONA also has a further obligation to exercise reasonable efforts to identify and notify all non-parties of this duty.

Genesis reserves all of its rights and waives nothing.

Sincerely,

By: *D.W. Ghisalbert*

David W. Ghisalbert,
Attorney at Law


Enc.   Exhibit "A"

# EXHIBIT "A"

NOTE: The financial values set forth below are subject to change upon further review of Genesis' claim files. The values reflected below concern claims wherein no funds ("Zero Paid") were paid by BLUE CROSS BLUE SHIELD OF ARIZONA. These values could be revised once partially paid claims are incorporated herein.

| Insurance Provider | Amount of Claims not paid (Zero Paid) |
|---|---|
| BLUE CROSS BLUE SHIELD OF ARIZONA | $ 1,542,028 |