UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC d/b/a GENESIS DIAGNOSTICS, <br><br>Plaintiff<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD Of ARIZONA, INC., ABC COMPANIES 1-100, AND JOHN DOES 1-100<br><br>Defendants | CASE NO. 2:24-cv-00157-PD<br><br>**JOINT STATUS REPORT PURSUANT TO RULE 26(F)** |

Basis for Jurisdiction: Diversity
Jury Trial: Yes, for those claims permitted.
Non-July Trial: No  Arbitration/a

1. Plaintiff's counsel participating in Rule 16 Conference:
   Afiyfa H. Ellington, Esq.
   Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics
   957 Route 33, Suite 12  #322
   Hamilton Square, N.J. 8690
   Tel: (212)220-1616
   aellington@genesisdx.com

2. Defendant's counsel participating in Rule 16 Conference:
   Zachary B. Kizitaff, Esq.
   Reed Smith
   Three Logan Square
   Suite 3100
   1717 Arch Street
   Philadelphia, PA
   Tel: (215) 851-8100
   zkizitaff@reedsmith.com

3. Do counsel have full authority to settle at Rule 16 Conference? No.

4. When did the parties hold the Rule 26 Conference? April 3, 2024.

5. When did the parties comply with the Rule 26(a)'s duty of self-executing disclosure? Plaintiff provided partial claim disclosure on or about March 18, 2024. The Parties will serve their initial disclosures on April 15, 2024.

6. Does either side expect to file a case-dispositive motion? Yes, Defendant has filed a motion to dismiss on March 29, 2024.  (ECF Dkt. 11).

   If yes, under what Rule: The motion was filed under Rule 12(b)(2) and Rule (12(b)(6).

   If Yes, specify the issue:  Lack of personal jurisdiction and failure to state a claim on which relief can be granted.

   Proposed deadline for filing dispositive motion. The parties anticipate filing dispositive motions.  Filing to be set by the court.

   Does either side anticipate the use of experts: The Parties reserve the right to use experts if need arises during this matter.

   If yes, what is the proposed deadline for expert discovery? To be set by court.

7. Approximate date case should be trial ready: April 1, 2025.

8. Is a settlement conference likely to be helpful: Yes, If yes when:
   Early No; After Discovery: Yes, after document discovery.

9. Do the parties wish to proceed before a Magistrate Judge for final disposition? No

   <u>Plan for Discovery:</u>

1. The Parties anticipate that Discovery should be completed within 365 days.

2. What is the minimum amount of time necessary to complete discovery prior to an ADR session should one be ordered or agreed to? 120 days.

3. Have the parties discussed issues related to claims of privilege or protection and trial-preparation material, as required by Rule 26(f)(3)(D)? The parties anticipate the need for a confidentiality order and/or HIPAA Qualified Protective Order.

4. Identify any and other discovery issues that should be addressed at the Rule 16 Conference, including limitations on discovery, protective ordered needed, or other elements which should be included in a particular discovery plan. The parties anticipate the need for a confidentiality order and/or HIPAA Qualified Protective Order.

5. If you contend the discovery period to exceed 90 days, please state reason: The Plaintiff has identified over 1,100 claims that necessitate review and analysis of the underlying claim data and response. Due to the volume of claims, the parties anticipate a need of a discovery period to exceed 90 days.

6. Do the parties anticipate the need to subpoena any third parties? The parties reserve the right to after review of initial disclosures and discovery.
    If yes, to the extent any authorizations or releases are required to be signed, counsel should exchange them in advance of Rule 16 Conference.

| BY: /s/Afiyfa H. Ellington<br>Afiyfa H. Ellington, Esq.<br>Joshua Cohen, Esq.<br>Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics<br>957 Route 33, Suite 12 #322<br>Hamilton Square, N.J. 8690<br>Tel: (212)220-1616<br>aellington@genesisdx.com<br>jcohen@genesisdx.com | BY: /s/ /Zachary B. Kizitaff<br>Zachary B. Kizitaff, Esq.<br>Reed Smith<br>Three Logan Square<br>Suite 3100<br>1717 Arch Street<br>Philadelphia, PA<br>Tel: (215) 851-8100<br>zkizitaff@reedsmith.com |
|---|---|